## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**UNION SECURITY LIFE INSURANCE**
**COMPANY, ET AL.,**                                                      **PLAINTIFFS,**

**VS.**                                             **CIVIL ACTION NO. 3:04CV90-P-A**

**JOYCE MARTIN and SHERYL MOORE,**                              **DEFENDANTS**

**CONSOLIDATED WITH**

**DORIS SELMON, ET AL.,**                                                 **PLAINTIFFS,**

**VS.**                                            **CIVIL ACTION NO. 2:03CV108-P-A**

**FIRST FAMILY FINANCIAL SERVICES, ET AL.,**                    **DEFENDANTS.**

### ORDER

This matter comes before the court upon Joyce Martin and Sheryl Moore's (a/k/a Sherry D. Moore) Motion to Alter or Amend filed in the lead case of *Selmon*, 2:03CV108 as [94-1], same having being granted in *Selmon*. Upon due consideration of the circumstances, **IT IS ORDERED AND ADJUDGED** that:

(1) The court's Order entered in *Union Security Life Insurance Company, et al. v. Joyce Martin and Sheryl Moore* as [20-1] granting Union Security Life Insurance Company, et al.'s Motion for Summary Judgment [14-1] thereby dismissing and compelling to arbitration the claims of Joyce Martin and Sheryl Moore against the insurance defendants is hereby **VACATED**;

(2) Union Security Life Insurance Company, American Security Insurance Company, American Bankers Insurance Company of Florida, and American Bankers Life Assurance Company of Florida's Motion for Summary Judgment [14-1] is **DENIED AS MOOT** since all

of the claims of Joyce Martin and Sheryl Moore (a/k/a Sherry D. Moore) against all of the defendants in the *Selmon* action have been stayed pending final approval of the class action settlement in *Baker, et al. v. Washington Mutual Finance, et al.*, Cause Number 1:04CV137, pending in the United States District Court for the Southern District of Mississippi before Honorable Walter J. Gex, III; and

(3) Union Security Life Insurance Company, American Security Insurance Company, American Bankers Insurance Company of Florida, and American Bankers Life Assurance Company of Florida have permission to refile their motion for summary judgment should the claims against them asserted by Joyce Martin and/or Sheryl Moore (a/k/a Sherry D. Moore) not be resolved by the class action settlement.

**SO ORDERED** this the 1st day of August, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE